**MAYALL HURLEY**
**A Professional Corporation**
**2453 Grand Canal Boulevard**
**Stockton, California 95207-8253**
**Telephone (209) 477-3833**
**ROBERT J. WASSERMAN**
**CA State Bar No. 258538**
**VLADIMIR J. KOZINA**
**CA State Bar No. 284645**

**Attorneys for Plaintiff, Justin Titus**

## UNITED STATES DISTIRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUSTIN TITUS** | **Case No.:  2:15-CV-01962-TLN-EFB** |
| **Plaintiff,** | **STIPULATION AND ORDER TO FILE A FIRST AMENDED COMPLAINT** |
| **v.** | |
| **WILLIAMS TANK LINES; and DOES 1-100 inclusive,** | |
| **Defendants.** | |

WHEREAS:

1.   Plaintiff Justin Titus ("Titus") filed a Complaint for Damages against Defendants in the Superior Court for the State of California, County of San Joaquin on August 4, 2015;

2.   Defendant Williams Tank Lines filed an Answer in said court at 2:44 pm on September 16, 2015;

3.   Plaintiff Titus filed his First Amended Complaint for Damages in said court at 3:37 on September 16, 2015;

4.   Defendant Williams Tank Lines filed a Notice of Removal to the Eastern District of California on September 17, 2015;

5.   Plaintiff Titus wishes to file a First Amended Complaint with this Court in an expeditious and efficient manner, a copy of which is attached hereto as "Exhibit A."

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff Titus should have leave to file the attached First Amended Complaint in the above-entitled matter.

**DATED:** October 8, 2015                              **MAYALL HURLEY P.C.**

By    /s/ Vladimir J. Kozina
    ROBERT J. WASSERMAN
    VLADIMIR J. KOZINA
    Attorneys for Plaintiff,
    JUSTIN TITUS

**DATED:** October 7, 2015                              **JACKSON LEWIS P.C.**

By    /s/ Cary G. Palmer
    CARY G. PALMER
    Attorneys for Defendant,
    WILLIAMS TANK LINES
*(original signature retained by counsel for Plaintiff)*

**ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

IT IS ORDERED that Plaintiff Justin Titus shall have leave to file the attached First Amended Complaint in the above-entitled matter. The amended complaint is to be filed within seven (7) days of this signed order.

**Dated: October 8, 2015**

_____
Troy L. Nunley
United States District Judge