**MAYALL HURLEY**
**A Professional Corporation**
**2453 Grand Canal Boulevard**
**Stockton, California 95207-8253**
**Telephone (209) 477-3833**
**ROBERT J. WASSERMAN**
**CA State Bar No. 258538**
**VLADIMIR J. KOZINA**
**CA State Bar No. 284645**

**Attorneys for Plaintiff, Justin Titus**

### UNITED STATES DISTIRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUSTIN TITUS**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**WILLIAMS TANK LINES; and DOES 1-100 inclusive,**<br><br>    **Defendants.** | **Case No.:  2:15-CV-01962-TLN-EFB**<br><br>**STIPULATION AND ORDER TO FILE A SECOND AMENDED COMPLAINT** |

WHEREAS:

1. Plaintiff Justin Titus ("Titus") filed a Complaint for Damages against Defendant Williams Tank Lines ("WTL") in the Superior Court for the State of California, County of San Joaquin on August 4, 2015;

2. On October 8, 2015, Plaintiff Titus and Defendant WTL entered into a stipulation providing Titus leave to file a First Amended Complaint;

3. On October 13, 2015, Plaintiff Titus filed a First Amended Complaint;

4. Plaintiff Titus wishes to file a Second Amended Complaint with this Court in an expeditious and efficient manner, a copy of which is attached hereto as "Exhibit A."

---

Stipulation and Proposed Order to file Second Amended Complaint for Damages
Page 1 of 2

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff Titus should have leave to file the attached Second Amended Complaint in the above-entitled matter.

**DATED:** December 16, 2015          **MAYALL HURLEY P.C.**

By /s/ Robert J. Wasserman
ROBERT J. WASSERMAN
VLADIMIR J. KOZINA
Attorneys for Plaintiff,
JUSTIN TITUS

**DATED:** December 16, 2015          **JACKSON LEWIS P.C.**

By /s/ Cary G. Palmer
CARY G. PALMER
Attorneys for Defendant,
WILLIAMS TANK LINES

## ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

IT IS ORDERED that Plaintiff Justin Titus shall have leave to file the attached Second Amended Complaint in the above-entitled matter.

**Dated: December 18, 2015**

Troy L. Nunley
United States District Judge